United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TOMAS R.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-545 |
| MARKWAYNE MULLIN, *et al.*,<br>Respondents. | §<br>§<br>§ | |

**ORDER TO PROVIDE STATUS UPDATE ON REMOVAL EFFORTS**

Pursuant to the Court's Order at Dkt. No. 7 and to further facilitate the review of the instant petition, the Court ORDERS Respondents to provide a status update by **no later than November 30, 2026,** concerning any updated efforts to effectuate Petitioner's removal.

Signed on November 19, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.